

**FILED CLERK, U.S. DISTRICT COURT AUG 10 1999 CENTRAL DISTRICT OF CALIFORNIA**

**ENTERED CLERK, U.S. DISTRICT COURT AUG 11 1999 CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTAS BENEFITS INSURANCE CO., | CV 99-2357 SVW (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOSE ANTONIO ZARCO, Sr., an individual, and JESSICA VELLUM ZARCO, an individual. | |
| Defendants. | |

The Court hereby ORDERS entry of judgment in favor of Defendant Jessica Vellum Zarco. The Court ORDERS that the interpleaded funds of $75,000, plus accrued interest (less fees awarded to Plaintiff's counsel on July 14, 1999) be released to Jessica Vellum Zarco.

IT IS SO ORDERED.

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

DATED: 8/9/99

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DOCKETED
SEND COPY PTYS
SEND NOTICE PTYS
JS-6

AUG 11 1999